# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 06, 2018

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Chavez, Salvador Gudino | Docket No. | 0980 4:15CR06049-EFS-11 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Salvador Gudino Chavez, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 27th day of January 2017, under the following conditions:

General Condition #4: I will not commit a federal, state or local crime during the period of release.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On December 19, 2016, a Rule 5 detention hearing was held in the Central District of California. The defendant was held in custody pending transfer to the Eastern District of Washington for his initial appearance. The defendant made his initial appearance in the Eastern District of Washington on January 27, 2017, before the Honorable Mary K. Dimke. The defendant was released this same date after posting a $120,000 bond.

The defendant is alleged to be in violation of his conditions of pretrial supervision in the Eastern District of Washington by:

**Violation #1:** The defendant is alleged to be in violation of his conditions of pretrial supervision in the Eastern District of Washington by possessing a counterfeit social security card in violation of 42 U.S.C. § 408(a)(7)(B).

Conditions of release were reviewed with the defendant in the Central District of California on January 4, 2017. He acknowledged an understanding of his conditions with included general condition #4.

On September 28, 2018, this officer received an email from United States Probation Officer (USPO) Pimentel stating she received a call from an anonymous person advising the defendant has been working using a different name. The anonymous person sent USPO Pimentel a text message with three attachments. The first attachment contained a picture of a social security card with the name Felipe Partida Lopez listed on it. The second attachment contained a picture of a permanent resident card with the name Felipe Partida Lopez, a fingerprint on the card, the defendant's date of birth and a photo. The photo on the permanent resident card was that of the defendant. The third attatchment appeared to be an employment badge with the name Work Force Enterprises, NRT and a phone number of 310-637-0010.

On October 4, 2018, this officer contacted Work Force Enterprises in California at the above-noted phone number. This officer spoke with an office assistant who stated a letter requesting employment verification could be faxed to them. This officer submitted the request this same date. On October 10, 2018, this officer received documents via fax from Work Force Enterprises. The paperwork received was listed under Felipe Partida Lopez reflecting the same social security number as the picture submitted to probation along with the permanent resident card. Employment documents reflected a pay period from September 30, 2018, until October 5, 2018, working 24 hours at a rate of $13.50 an hour. A pay check was printed in the amount of $369.97. The listed address on the pay stub for Felipe Partida Lopoez was 720 E. Arbor Vitae #4, in Inglewood, California. The be noted, this address was the defendant listed address with probation beginning January 27, 2017, until July 11, 2018.

On November 5, 2018, this officer received a letter from the Social Security Administration advising the social security card and number in the defendant's possession is valid, however, it is not assigned to Felipe Partida Lopez, therefore, the card is counterfeit.

**Violation #2:** The defendant is alleged to be in violation of his conditions of pretrial supervision in the Eastern District of Washington by possessing a fraudulent permanent resident card in violation of 18 U.S.C. § 1546(b)(2).

Conditions of release were reviewed with the defendant in the Central District of California on January 4, 2017. He acknowledged an understanding of his conditions with included general condition #4.

On September 28, 2018, this officer received an email from United States Probation Officer (USPO) Pimentel stating she received a call from an anonymous person stating the defendant has been working using a different name. The caller sent USPO Pimentel a text message containing three attachments as noted in violation number 1. The text messages contained a picture taken of a permanent resident card with the name Felipe Partida Lopez, a fingerprint on the card, the defendant's date of birth and a photo of the defendant.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: November 6, 2018

by s/Linda J. Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Edward F. Shea*

Signature of Judicial Officer

November 6, 2018
Date